Honorable Michelle L. Peterson

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

ROLAND MA,

Plaintiff,

vs.

NAVY FEDERAL CREDIT UNION,

Defendant.

Case No. 2:26-cv-04477-MLP

**~~[PROPOSED]~~ ORDER ON UNOPPOSED MOTION FOR AN ORDER TO WAIVE LOCAL RULE 83.1(D)(2) TO ALLOW NAVY FEDERAL'S WASHINGTON COUNSEL TO PROCEED AS LOCAL COUNSEL**

**NOTE ON MOTION CALENDAR:**

November 20, 2026

The Court has considered Defendant Navy Federal Credit Union's ("Navy Federal"), Motion to Waive Local Rule 83.1(d)(2) to allow its Washington attorney Thomas N. Abbott to proceed in the matter as local counsel for the *pro hac vice* application of Harry K. Tiwari of the law firm Troutman Pepper Locke LLP. For good cause shown, and pursuant to Local Rule 83.1(d)(2), the Court GRANTS the Motion and ORDERS as follows:

1. Local Rule 83.1(d)(2) is hereby waived such that attorney Thomas N. Abbott to proceed in the matter as local counsel for the pro hac vice application of Harry K. Tiwari of the law firm Troutman Pepper Locke LLP.

**IT IS SO ORDERED.**

//

//



TROUTMAN PEPPER LOCKE LLP
100 SW Main Street, Suite 1000
Portland, Oregon 97204
T: 503.290.2322

DATED this 24th day of November, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge



TROUTMAN PEPPER LOCKE LLP
100 SW Main Street, Suite 1000
Portland, Oregon 97204
T: 503.290.2322